UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARK HAGELIN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 05-99-B-W |
| | ) |
| STATE OF MAINE, et al., | ) |
| | ) |
| Defendants | ) |

RECOMMENDED DECISION

On February 1, 2006, I issued an Order imposing sanctions and requiring plaintiff to show cause why the complaint should not be dismissed in its entirety. In that Order plaintiff was given until February 17, 2006, to show cause why a recommendation to the United States District Court Judge to dismiss this action should not issue for his failure to timely respond to interrogatories and requests for production of documents. As of today's date there has been no response from plaintiff. Therefore, I recommend the Complaint be DISMISSED in its entirety for Plaintiff's failure to prosecute the action.

NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof. A responsive memorandum shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

Dated February 21, 2006.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge