UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MARK HAGELIN,                    )
                                 )
                Plaintiff,       )
                                 )
        v.                       )        Civil No. 05-99-B-W
                                 )
STATE OF MAINE, et al.,          )
                                 )
                Defendants.      )

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision

filed February 21, 2006, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Complaint be and hereby

is DISMISSED in its entirety for Plaintiff's failure to prosecute the action.


/s/ John A. Woodcock, Jr._____
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE


Dated this 13th day of March, 2006